

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| DANNY THOMAS MOLINA, | § | No. 08-16-00318-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | Of Upton County, Texas |
| State. | § | (TC# 16-03-U1125-DSM) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **June 15, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Gonzalo P. Rios, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before June 15, 2017.

IT IS SO ORDERED this 5th day of June, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.